**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**


To: Chris Daniel                                    **January 08, 2015**

**County:  Harris (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-14-00806-CR | Anthony Algeria v. The State of Texas | 1373244 |
|---|---|---|
|  | State's Exhibit 18, a DVD |  |


Received by: _____


Received on: _____